ORIGINAL

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7161
7  FAX: (415) 436-7169
   stephen.johnson1@usdoj.gov
8
   Attorneys for Plaintiff

FILED
07 SEP 20 AM 11: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE P. BROWN, M.D.,<br><br>    Defendant. | No. C 07-4614 SLM<br><br>**CERTIFICATE OF SERVICE** |

Certificate of Service
Case No. C 07-4614

□AO 440 (Rev. 8/01) Summons in a Civil Action   CASE#C07-4614 SLM

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  9-11-04  1:53PM |
| NAME OF SERVER (PRINT)  MICHAEL GRAY | TITLE CALIFORNIA REGIESTERED PROCESS SERVER SANTA CLARA REG#1064 |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:  MICHELLE P. BROWN, M.D.
991 CASS STREET, MONTEREY, CA 93940

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-12-07
              Date          *Signature of Server*

2025 GATEWAY PLACE, SUITE 330
*Address of Server*
SAN JOSE, CA 95110
408-441-7000

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.