LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
 Fax  646-1615

Attorney for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:   United States of America, | No:  C 07 4614 SLM |
| Plaintiff. | **ANSWER TO COMPLAINT** |
| United States of America, | |
| v. | |
| Michelle Brown | |
| Defendant. | |

 Comes now, Michelle Brown, the defendant in this action in response to the complaint for collection of a student loan, and admits, denies, and alleges as follows:

 This answering defendant admits the allegations contained paragraphs 2, 3, and 6 of plaintiff's complaint.

 In answer to the rest of plaintiff's complaint, this answering defendant denies each and every allegation contained therein, each part thereof and the while thereof and specifically denies this answering defendant is indebted to the plaintiff in the amount prayed for or in any other sum.

Dated:  October 30, 2007        LAUDERDALE LAW OFFICES

                 By  _/s/  James M. Lauderdale
                    Bar No.  59640

1  **LAUDERDALE LAW OFFICES**
   **JAMES M. LAUDERDALE  59640**
2  **150 Carmelito Avenue**
   **Monterey, CA  93940**
3  (831) 646-1306
    Fax  646-1615
4
   Attorney for Debtor
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


In re:   United States of America,                No:  C 07 4614 SLM

         Plaintiff.                               **CERTIFICATE OF SERVICE BY MAIL**
   ─────────────────────────────
United States of America,

         v.

Michelle Brown

         Defendant
         ─────────────
   I declare that I am employed in the County of Monterey, State of California.  I am over the age of eighteen years and not a party to the within entitled case.  My business address is 150 Carmelito Avenue, Monterey, California, 93940.

   On October 30, 2007 I served the Answer to Complaint on all interested parties in said cause, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Monterey, California, addressed as follows:

Stephen Johnson, Esq.
United States Dept. of Justice
450 Golden Gate Ave., 9th Flr., Box 36055
San Francisco, CA  94102

   I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2007 at Monterey, California.

                                                  /s/ Louise M. Flesvig