**Notice of Reference to Magistrate Judge**   GLORIA ACEVEDO

CLOSED

Case No.: 07-4614   Requesting CRD _____

Case Name: UNITED STATES v. MICHELLE BROWN

Pltf Atty: STEPHEN JOHNSON   Ph. 415-436-7161

Deft Atty: JAMES M. LAUDERDALE   Ph. 831-646-1306

Reference:

✗ Debt Collection

ANSWER

1·17·08