**LAUDERDALE LAW OFFICES**
**JAMES M. LAUDERDALE  59640**
**150 Carmelito Avenue**
**Monterey, CA  93940**
(831) 646-1306
 Fax  646-1615

Attorney for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:   United States of America,   No:  C 07 4614 SLM

    Plaintiff.   **CERTIFICATE OF SERVICE BY MAIL**

United States of America,

    v.

Michelle Brown

    Defendant

    I declare that I am employed in the County of Monterey, State of California.  I am over the age of eighteen years and not a party to the within entitled case.  My business address is 150 Carmelito Avenue, Monterey, California, 93940.

    On March 24, 2008 I served the documents in response to request for production of documents on all interested parties in said cause, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Monterey, California, addressed as follows:

Stephen Johnson, Esq.
United States Dept. of Justice
450 Golden Gate Ave., 9th Flr., Box 36055
San Francisco, CA  94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2008 at Monterey, California.

                                                          /s/ Louise M. Flesvig