1 **LAUDERDALE LAW OFFICES**
**JAMES M. LAUDERDALE  59640**
2 **150 Carmelito Avenue**
**Monterey, CA  93940**
3 (831) 646-1306
 Fax  646-1615
4
Attorney for Debtor
5

6                 UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8

9
In re:   United States of America,              No:  C 07 4614 SLM
10
          Plaintiff.                    **CERTIFICATE OF SERVICE BY MAIL**
11 ─────────────────────────

12 United States of America,

13          v.

14 Michelle Brown

15 ____Defendant____
          I declare that I am employed in the County of Monterey, State of California.  I am over
16
the age of eighteen years and not a party to the within entitled case.  My business address is 150
17
Carmelito Avenue, Monterey, California, 93940.
18
          On March 26, 2008 I served the Response to first Requests forAdmissions on all
19
interested parties in said cause, by placing a true copy thereof in a sealed envelope with postage
20
thereon fully prepaid, in the United States mail at Monterey, California, addressed as follows:
21
Stephen Johnson, Esq.
22 United States Dept. of Justice
450 Golden Gate Ave., 9th Flr., Box 36055
23 San Francisco, CA  94102
24
          I declare under penalty of perjury that the foregoing is true and correct. Executed on
25
March 26, 2008 at Monterey, California.
26
27                                    /s/ Louise M. Flesvig

28