UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA.

    Plaintiff,

    v.

MICHELLE BROWN,

    Defendant.
_____/

No. C 07-4614 WDB

**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**

[**Student Loan Case**]

You are hereby notified that a Case Management Conference will be held in this case before the Honorable Wayne D. Brazil on **Thursday, June 5, 2008, at 4:00 P.M.**, in Courtroom 4, Third Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612. Lead trial counsel for all parties must participate. **No later than seven court days** prior to the case management conference, the parties must meet and confer and electronically file a Joint Case Management Statement. Please refer to the Standing Order of Magistrate Judge Wayne D. Brazil, a copy of which can be found at www.cand.uscourts.gov, for further information and requirements.

Dated: April 29, 2008

                                        Richard W. Wieking, Clerk
                                        United States District Court

*Sarah Weinstein*

                                        By: Sarah Weinstein
                                             Law Clerk/Deputy Clerk