**LAUDERDALE LAW OFFICES**
**JAMES M. LAUDERDALE  59640**
**150 Carmelito Avenue**
**Monterey, CA  93940**
(831) 646-1306
 Fax  646-1615

Attorney for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:   United States of America,<br><br>       Plaintiff. | No:  C 07 4614 WDB<br><br>**STIPULATION TO CONTINUE  CASE MANAGEMENT CONFERENCE** |
| United States of America,<br><br>       v.<br><br>Michelle Brown<br><br>       Defendant. | |

   It is stipulated by and between JAMES M. LAUDERDALE, attorney for the defendant, and Stephen L. Johnson, attorney for The United States of America, to continue the case management conference currently scheduled for June 5, 2008 at 4:00 p.m. to June 16, 2008 at 4:00 p.m.

Dated:  May 14, 2008                                         LAUDERDALE LAW OFFICES

                                                             By    /s/  James M. Lauderdale
                                                                    Bar No.  59640
Read and Approved:
Dated:  May 12, 2008


 /s/ Stephen L. Johnson
Attorney for The United States of America