1 | **LAUDERDALE LAW OFFICES**
**JAMES M. LAUDERDALE  59640**
2 | **150 Carmelito Avenue**
**Monterey, CA  93940**
3 | (831) 646-1306
 Fax  646-1615
4 |
5 | Attorney for Debtor
6 |
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                   NORTHERN DISTRICT OF CALIFORNIA
10 |
11 |
12 | In re:   United States of America,              No:  C 07 4614 WDB
13 |         Plaintiff.                         **ORDER CONTINUING HEARING ON**
                                              **CASE MANAGEMENT CONFERENCE**
14 | ────────────────────────
15 | United States of America,
16 |         v.
17 | Michelle Brown
18 |         Defendant.
19 | ────────────────────────
20 |         GOOD CAUSE APPEARING, the case management conference statement currently set
21 | for June 5, 2008 @ 4:00 p.m. is continued to June 16, 2008 @ 4:00 p.m.
22 |                         **\*\* END OF ORDER \*\***

COURT SERVICE LIST

Stephen Johnson, Esq.
United States Dept. of Justice
450 Golden Gate Ave., 9th Flr., Box 36055
San Francisco, CA  94102

Lauderdale Law Offices
150 Carmelito Ave.
Monterey, CA  93940