UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA.

    Plaintiff,

    v.

MICHELLE BROWN,

    Defendant.
_____/

No. C 07-4614 WDB

**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE**

[**Student Loan Case**]

Pursuant to the Stipulation filed by the parties on May 14, 2008, you are hereby notified that the Case Management Conference previously set for Thursday, June 5, 2008, at 4:00 p.m. is continued to **Monday, June 16, 2008, at 4:00 P.M.**, in Courtroom 4, Third Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612. Lead trial counsel for all parties must participate. **No later than seven court days** prior to the case management conference, the parties must meet and confer and electronically file a Joint Case Management Statement.

Please refer to the Standing Order of Magistrate Judge Wayne D. Brazil, a copy of which can be found at www.cand.uscourts.gov, for further information and requirements.

Dated: May 14, 2008

                        Richard W. Wieking, Clerk
                        United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
     Law Clerk/Deputy Clerk