LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
 Fax  646-1615

Attorney for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:   United States of America,<br><br>         Plaintiff.<br>─────────────────────────<br>United States of America,<br><br>         v.<br><br>Michelle Brown<br><br>         Defendant.<br>─────────────────────────| No:  C 07 4614 WDB<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  June 16, 2008<br>Time:  4:00 p.m. |

    1. <u>Jurisdiction and Service:</u>  This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 1345.  Service was properly effected upon the defendant Michelle Brown.   Neither jurisdiction or service are contested by the defendant.

    2. <u>Facts:</u>  The defendant is a physician with a private practice in Monterey County.  She borrowed monies to attend Tufts University and financed her education through Health Education Assistance Loans.  Those loans now exceed $310,000.00.  The defendant is now 54 years of age and has a marginal professional practice with an emphasis in alternative healing. She demonstrates an income of approximately $12,000.00 a year and does not have the personal

resources nor the prospect of resources to address the student loan.

3. <u>Legal Issues:</u>  The only legal issue remaining to the defense is whether or not the collection of this student loan would work be an unconscionable burden on the defendant to try and re-pay.

4. <u>Motions:</u>  It is not expected any motions prior to trial will be filed.

5. <u>Amendment of Pleadings:</u>  It is not anticipated that there will be any amendment of pleadings prior to the time of trial.

6. <u>Evidence Preservation:</u>  The parties will stipulate that all documents can be preserved until the time of trial.

7. <u>Disclosures:</u>  The parties agree that there has been a full and timely compliance with the initial disclosure requirements.

8. <u>Discovery:</u>  Written interrogatories and requests for admissions have been propounded and responded to.

9. <u>Class Actions:</u>  Not applicable.

10  <u>Related Cases:</u>  None.

11. <u>Relief:</u>  The relief is a standard request for money which is easily computable.

12. <u>Settlement and ADR:</u>  It is possible the matter may be settled prior to the trial and the defendant consents to ADR.

13. <u>Consent to Magistrate Judge for all purposes:</u>  The defendant will consent to having a Magistrate Judge for all purposes.

14. <u>Other References:</u>  The case is suitable for binding arbitration.

15. <u>Narrowing of Issues:</u>  The issues have already been narrowed.

16. <u>Expedited Schedule:</u>  This case is amenable to an expedited hearing schedule.

17. <u>Scheduling:</u>  No experts will be required.  A discovery cutoff and cutoff for responsive motions should be for October 1, 2008.

18. <u>Trial:</u>  The defendant believes that a court trial of not more than 2 hours will be required.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

19. <u>Disclosure of non-party interested entities or person:</u> The defendant has not filed a disclosure of non-party interested entities or persons but believes that there are no other entities or persons.

Dated:  May 28, 2008                                           LAUDERDALE LAW OFFICES

                                                               By   /s/  James M. Lauderdale
                                                                    Bar No.  59640

**LAUDERDALE LAW OFFICES**
**JAMES M. LAUDERDALE  59640**
**150 Carmelito Avenue**
**Monterey, CA  93940**
(831) 646-1306
 Fax  646-1615

Attorney for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:   United States of America, | No:  C 07 4614 SLM |
| Plaintiff. | **CERTIFICATE OF SERVICE BY MAIL** |

United States of America,

    v.

Michelle Brown

    Defendant

    I declare that I am employed in the County of Monterey, State of California.  I am over the age of eighteen years and not a party to the within entitled case.  My business address is 150 Carmelito Avenue, Monterey, California, 93940.

    On May 28, 2008 I served the Case Management Conference Statement on all interested parties in said cause, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Monterey, California, addressed as follows:

Stephen Johnson, Esq.
United States Dept. of Justice
450 Golden Gate Ave., 9th Flr., Box 36055
San Francisco, CA  94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28, 2008 at Monterey, California.

                                                              /s/ Louise M. Flesvig