UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA. | |
|     Plaintiff, | No. C 07-4614 WDB |
|     v. | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| MICHELLE BROWN, | |
|     Defendant. | [**Student Loan Case**] |

To accommodate a scheduling conflict on the Court's docket, you are hereby notified that the Case Management Conference previously set for Monday, June 16, 2008, at 4:00 P.M., in Courtroom 4, Third Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612 has been continued to **Wednesday, June 18, 2008, at 4:00 p.m.**. Lead trial counsel for all parties must participate. Mr. James M. Lauderdale, counsel for Defendant, will appear for the Conference by telephone by calling 510.637.3909.

Please refer to the Standing Order of Magistrate Judge Wayne D. Brazil, a copy of which can be found at www.cand.uscourts.gov, for further information and requirements.

Dated: May 29, 2008

                                                       Richard W. Wieking, Clerk
                                                      United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
     Law Clerk/Deputy Clerk