JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7161
    FAX: (415) 436-7169
    stephen.johnson1@usdoj.gov

Attorneys for Plaintiff
    U.S. Department of Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                           )<br>    Plaintiff,            )<br>                                           )<br>    v.                              )<br>                                           )<br>MICHELLE P. BROWN, M.D.,    )<br>                                           )<br>    Defendant.        )<br>                                           ) | No. C 07-4614 WDB<br><br>**JOINDER TO CASE MANAGEMENT CONFERENCE STATEMENT FILED BY DEFENDANT**<br><br>Date:  June 18, 2008<br>Time:  4:00 pm<br>Ctrm:  Judge Brazil, Oakland Courthouse |

        The United States joins in the Case Management Conference Statement filed by defendant Michelle P. Brown, with the following exceptions.[1]

        First, under #3, legal issues, defendant indicates that the court may need to determine whether this collection action is affected by a determination that it would be an "unconscionable

---

    [1] Plaintiff is submitting a separate statement because defendant filed her statement independently. The parties did not have a dispute concerning a joint filing, defendant simply filed somewhat early. To keep matter simple, the United States is joining defendant's statement.

CASE MANAGEMENT CONFERENCE STMT
C-07-4614 WDB

1  burden" on defendant to pay sums due under her student loans.  That is not an issue in this case.
2  The dischargeability of a student loan is for consideration in bankruptcy cases under 11 U.S.C.
3  § 523(a)(8), and in this case, which concerns a Health Education Assistance Loan, 42 U.S.C.
4  § 292f(g).  Because this is not a bankruptcy case, discharge of the loan is not an issue.
5    Second, under # 12, ADR, the United States does not believe ADR would be useful in
6  this case because it is a straightforward debt-collection case.

7

8  DATED:  June 6, 2008    Respectfully submitted,

9                JOSEPH P. RUSSONIELLO
              United States Attorney

              /s/ Stephen L. Johnson

       By: _____
              STEPHEN L. JOHNSON
              Assistant United States Attorney