UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  June 18, 2008                     Time:  4:00 p.m.

TITLE OF CASE       *U.S.A. v. Michelle Brown*

DOCKET #s:          C 07-4614 WDB

ATTORNEY(S)

Plaintiff:          Stephen Lawrence Johnson, Esq.

Defendants:         James Maitland Lauderdale, Esq.

Court Reporter / Tape #:  FTR 6-18-08

**PROCEEDINGS**

| | |
|---|---|
| [x] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [] OTHER: | |

NOTES:
Court conducted case management conference.  Court granted parties request for 60 days to pursue settlement discussions.  Court will conduct a follow up case management conference on September 17, 2008 unless the parties notify the Court that they have settled.


cc: WDB, stats