UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA. | |
| Plaintiff, | No. C 07-4614 WDB |
| v. | **ORDER RE JUNE 18, 2008, CASE MANAGEMENT CONFERENCE** |
| MICHELLE BROWN, | |
| Defendant. | [**Student Loan Case**] |

On June 18, 2008, the Court conducted a case management conference.

For the reasons stated on the record, the Court ORDERS as follows.

**On Wednesday, September 17, 2008, at 1:30 p.m.**, the Court will conduct a case management conference. No case management conference statements are required. The parties may appear by telephone. Counsel for the government will initiate a conference call and telephone the Court with defendant's counsel on the line at (510)-637-3909.

If, prior to September 17th, the parties agree to a settlement, then the government must file with the Court a notice advising the Court that the parties have settled and identifying a date certain by which plaintiff expects to file a stipulated dismissal. If the government files such a notice the Court will vacate the September 17th conference.

IT IS SO ORDERED.

Dated: June 18, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

copies to:
parties of record,
wdb, stats