1  LAUDERDALE LAW OFFICES
   JAMES M. LAUDERDALE  59640
2  150 Carmelito Avenue
   Monterey, CA  93940
3  (831) 646-1306
    Fax  646-1615
4
   Attorney for Debtor
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  United States of America, | No:  C 07 4614 WDB |
| Plaintiff. | **ORDER CONTINUING HEARING ON CASE MANAGEMENT CONFERENCE** |
| United States of America, | |
| v. | |
| Michelle Brown | |
| Defendant. | |

GOOD CAUSE APPEARING, the case management conference statement currently set for Sept. 17, 2008 @ 1:30 p.m. is continued ~~for 60 days~~ to November 20, 2008 at 4:00 p.m.

** END OF ORDER **

Dated: 9/15/08

*/s/ Wayne D. Brazil*
United States Magistrate Judge
Wayne D. Brazil