1  **LAUDERDALE LAW OFFICES**
   **JAMES M. LAUDERDALE  59640**
2  150 Carmelito Avenue
   Monterey, CA  93940
3  (831) 646-1306
   Fax  646-1615
4
   Attorney for Debtor
5

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

12  In re:  United States of America,          No: C 07 4614 WDB

13           Plaintiff.                        **ORDER CONTINUING HEARING ON**
                                               **CASE MANAGEMENT CONFERENCE**
    United States of America,

           v.

    Michelle Brown

           Defendant.

    GOOD CAUSE APPEARING, the case management conference ~~statement~~ currently set for November 20, 2008 @ ~~1~~:00 p.m. is continued for 120 days to March 19, 2009, at 4:00 p.m.

    ~~** END OF ORDER **~~

    Dated: 11/18/08

    /s/ Wayne D. Brazil
    Wayne D. Brazil
    United States Magistrate Judge