1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7161
7      FAX: (415) 436-7169
       stephen.johnson1@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )    No. C 07-4614 WDB
14                                     )
        Plaintiff,                     )
15                                     )    **CONSENT JUDGMENT**
        v.                             )
16                                     )
   MICHELLE P. BROWN, M.D.,            )
17                                     )
        Defendant.                     )
18  _____)

19      Judgment in favor of the United States is hereby entered in accordance with the terms of

20  the Stipulation for Entry of Consent Judgment filed on February 10, 2009, as document number

21  22 on the electronic docket in this case.

22      **IT IS SO ORDERED, ADJUDGED AND DECREED.**

23

24  DATED: 2/11/09
25                                          WAYNE D. BRAZIL
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

CONSENT JUDGMENT
No. C 07-4614 WDB                         -1-